FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2021 OCT 27 PM 1:22

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

CHARLES DAVID MOBLEY

CASE NO. 3:21-cr-123-BJD-JRK
18 U.S.C. §§ 922(a)(6) &
924(a)(2)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 7, 2021, in Clay County, in the Middle District of Florida,

CHARLES DAVID MOBLEY,

the defendant herein, acquired firearms, specifically, three Taurus 9mm pistols, from a federally licensed firearms dealer, namely, Orange Park Gun and Pawn, LLC, during which acquisition, the defendant made false or fictitious written statements intended or likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provision of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT TWO

On or about October 14, 2021, in Clay County, in the Middle District of Florida,

CHARLES DAVID MOBLEY,

the defendant herein, acquired a firearm, specifically, a Diamondback 5.56mm rifle, from a federally licensed firearms dealer, namely, Orange Park Gun and Pawn, LLC, during which acquisition, the defendant made false or fictitious written statements intended or likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provision of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT THREE

On or about October 14, 2021, in Clay County, in the Middle District of Florida,

CHARLES DAVID MOBLEY,

the defendant herein, acquired a firearm, specifically, a Beretta 9mm pistol, from a federally licensed firearms dealer, namely, Orange Park Gun and Pawn, LLC, during which acquisition, the defendant made false or fictitious written statements intended or likely to deceive the dealer with respect to a fact material to the lawfulness of the

sale under the provision of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Counts One, Two and Three are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(a)(6), the defendant, CHARLES DAVID MOBLEY, shall forfeit to the United States, under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: *Kelly S. Karase for:*
DAVID B. MESROBIAN
Assistant United States Attorney

By: _____
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34  
10/26/21 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

### THE UNITED STATES OF AMERICA

vs.

### CHARLES DAVID MOBLEY

### INDICTMENT

Violations: Cts. 1-3:     18 U.S.C. § 922(a)(6)

A true bill,

███████████████  
Foreperson

Filed in open court this 27th day of October, 2021.

_____Inaus. Purotti_____  
Clerk

Bail   $ _____

GPO 863 525